No. 94–7508. SLOANE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 94–7510. REAL-GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 94–7515. GARCIA *v.* UNITED STATES;
No. 94–7534. FUENTES *v.* UNITED STATES; and
No. 94–7661. NIETO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 94–7516. JONES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 94–7519. BUSTAMANTE LOMAS *v.* UNITED STATES; and PEREZ-ESTRADA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 94–7522. DAWSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 94–7525. WILLIAMS *v.* MEESE, FORMER ATTORNEY GENERAL, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 94–7527. EGWUONWU *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–7529. CLARK-RUBIN *v.* OHIO STATE UNIVERSITY HOSPITALS, INC. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 94–7531. DITTER *v.* CLARKE, DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 8th Cir. Certiorari denied. 

No. 94–7532. BORROMEO *v.* JOHNSON ET AL. C. A. 4th Cir. Certiorari denied. 

No. 94–7533. ESCOBEDO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 94–7535. DABNEY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 94–7538. REYNOLDS *v.* GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.